

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00251-CR

| | | |
|---|---|---|
| Chad Everett Ervin | § | From the 271st District Court |
| | § | of Wise County (CR17434) |
| v. | § | August 27, 2015 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS


By   /s/ Terrie Livingston
      Chief Justice Terrie Livingston